**E-filed 10/25/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

JANET BARTMESS,

    Plaintiff,

    v.

NATIONAL ACTION FINANCIAL SERVICES,

    Defendants.
_____

No. C-07-3864-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Case Management Conference currently scheduled for October 26, 2007. The new hearing date is Friday, November 30, at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing. The Conference will be taken off calendar if a dismissal is on file prior to the hearing date.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 10/25/07

    For the Court,
    Richard W. Wieking, Clerk

    Diana Munz
    electronic signature
    Courtroom Deputy