**Ben E. Dupre SBN 231191**
**DUPRE LAW FIRM**
**1400 Coleman Ave, Suite D12**
**Santa Clara, California 95050**
**Telephone Number: (408)874-5300**
**Facsimile Number: (408) 727.5310**
**Email: duprelaw@gmail.com**

Attorney for Plaintiff
JANET BARTMESS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JANET BARTMESS,<br><br>　　　　　　Plaintiff,<br>v.<br><br>NATIONAL ACTION FINANCIAL SERVICES, INC.,<br><br>　　　　　　Defendant(s). | Case No. C07-03864<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　COMES NOW the Plaintiff, JANET BARTMESS, by and through counsel, Ben E. Dupre of the Dupre Law Firm and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JANET BARTMESS, hereby dismisses, with prejudice, all claims made by her against NATIONAL ACTION FINANCIAL SERVICES, INC., in her Complaint filed herein on July 23, 2007. Plaintiff futher notifies the Court that her dispute with Defendants has been settled.

　　　　　　　　　　　　　　　　　　　　DUPRE LAW FIRM

　　　　　　　　　　　　　　　　　　　　By: /s/ Ben E. Dupre
　　　　　　　　　　　　　　　　　　　　Ben E. Dupre, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　JANET BARTMESS